IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.                                                PLAINTIFF
ADC # 122695

v.                      No. 2:14-cv-2-DPM-HDY

JEFFREY HUGHES, Sergeant, East Arkansas
Regional Unit; MITCHELL SPARKMAN,
Corporal, East Arkansas Regional Unit;
RODNEY MERRELL, Corporal, East
Arkansas Regional Unit; RENAE MAYO,
Corporal, East Arkansas Regional Unit;
PINKIE HILL, Sergeant, East Arkansas
Regional Unit; and CHRISTOPHER SPEED,
Corporal, East Arkansas Regional Unit            DEFENDANTS

### ORDER

Spears's motion to reconsider, № 46, is denied. Magistrate Judge H. David Young's order denying Spears's motion to compel, № 43, is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1.VII.B.

So Ordered.

                                           _____
                                           D.P. Marshall Jr.
                                           United States District Judge

                                           19 June 2014