# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JAMES SPEARS, JR.**  **PLAINTIFF**
**ADC # 122695**

v.  No. 2:14-cv-2-DPM-HDY

JEFFREY HUGHES, Sergeant, East Arkansas
Regional Unit; MITCHELL SPARKMAN,
Corporal, East Arkansas Regional Unit;
RODNEY MERRELL, Corporal, East
Arkansas Regional Unit; RENAE MAYO,
Corporal, East Arkansas Regional Unit;
PINKIE HILL, Sergeant, East Arkansas
Regional Unit; and CHRISTOPHER SPEED,
Corporal, East Arkansas Regional Unit  **DEFENDANTS**

## ORDER

Spears filed a motion for a preliminary injunction requesting a transfer to another unit where he would be allowed greater access to the law library. № 50. He has since been provided access to the legal materials he was seeking and now moves to withdraw his earlier motion. His motion to withdraw, № 54, is granted. His original motion, № 50, is withdrawn, and Magistrate Judge Young's recommendation, № 51, is declined as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2014