IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.                                                                                  PLAINTIFF
ADC # 122695

v.                                   No. 2:14-cv-2-DPM-HDY

JEFFREY HUGHES, Sergeant, East Arkansas
Regional Unit; MITCHELL SPARKMAN,
Corporal, East Arkansas Regional Unit;
RODNEY MERRELL, Corporal, East
Arkansas Regional Unit; RENAE MAYO,
Corporal, East Arkansas Regional Unit;
PINKIE HILL, Sergeant, East Arkansas
Regional Unit; and CHRISTOPHER SPEED,
Corporal, East Arkansas Regional Unit                                              DEFENDANTS

## ORDER

Unopposed recommendation, № 85, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for summary judgment, № 70, denied. There are issues of material fact that remain for a jury. A Scheduling Order with trial date will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2015