IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.  PLAINTIFF
ADC # 122695

v.  No. 2:14-cv-2-DPM-JWC

JEFFREY HUGHES, Sergeant, East Arkansas
Regional Unit; MITCHELL SPARKMAN,
Corporal, East Arkansas Regional Unit;
RODNEY MERRELL, Corporal, East
Arkansas Regional Unit; RENAE MAYO,
Corporal, East Arkansas Regional Unit;
PINKIE HILL, Sergeant, East Arkansas
Regional Unit; and CHRISTOPHER SPEED,
Corporal, East Arkansas Regional Unit  DEFENDANTS

ORDER

Unopposed recommendation, № *108*, adopted.  FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for injunctive relief, № *107*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 May 2015