IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.                                PLAINTIFF
ADC # 122695

v.                 No. 2:14-cv-2-DPM-PSH

JEFFREY HUGHES, Sergeant, East Arkansas
Regional Unit; MITCHELL SPARKMAN,
Corporal, East Arkansas Regional Unit;
RODNEY MERRELL, Corporal, East
Arkansas Regional Unit; RENAE MAYO,
Corporal, East Arkansas Regional Unit;
PINKIE HILL, Sergeant, East Arkansas
Regional Unit; and CHRISTOPHER SPEED,
Corporal, East Arkansas Regional Unit          DEFENDANTS

ORDER

1. Defendants Sparkman, Merrell, Mayo, Hill, and Speed are dismissed with prejudice pursuant to the parties' settlement agreement.

2. Spears's motion to withdraw, № 131, is granted. And his declaration of objections and motion, № 130, is denied as moot. Spears can't file any more papers because he has a lawyer.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 October 2015