IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.                                            PLAINTIFF
ADC # 122695

v.                          No. 2:14-cv-2-DPM-PSH

JEFFREY HUGHES, Sergeant,
East Arkansas Regional Unit                                  DEFENDANTS

ORDER

Spears served Hughes in mid-February. Hughes hasn't answered or filed

a Rule 12(b) motion; and the time to do so has passed. FED. R. CIV. P. 12(a)(1).

The Court would appreciate a status report or appropriate motion from

Spears by 11 April 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2016