IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES SPEARS, JR.                                                                    PLAINTIFF
ADC # 122695

v.                                    No. 2:14-cv-2-DPM-PSH

JEFFREY HUGHES, Sergeant,
East Arkansas Regional Unit                                                          DEFENDANT

ORDER

1. Motion, № 146, granted. The Court directs the Clerk to enter a default against Hughes.

2. With the pleaded liability facts established against Hughes, there must be a trial for Spears to prove his damages. He's requested a jury. The Court will hold that jury trial at 9:30 a.m. on 27 February 2017 in Little Rock. Given the age of this case, no continuances will be granted absent extraordinary circumstances. The Court will enter an Amended Final Scheduling Order soon.

3. Spears says he'll be moving soon to amend his complaint to allege some official-capacity claims against Hughes. № 145. Any motion to amend must be filed by 25 April 2016. Given the age and stage of the case, the Court

will look hard at any proposed amended complaint. The February 2017 trial date must stick.

4. The Court directs counsel for Spears to send a copy of this Order to Hughes's last known address.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

12 April 2016